**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DOUGLAS D. LITTLE,

    Plaintiff,

v.        Case No. 12-13834

UNITED OF OMAHA LIFE INSURANCE
COMPANY,

    Defendant.
    _____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying Plaintiff's Motion for Judgment and Granting Defendant's Motion for Judgment" dated August 30, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant United of Omaha Life Insurance Company. Dated at Detroit, Michigan, this 30th day of August 2013.

                        DAVID J. WEAVER
                        CLERK OF THE COURT

                          s/ Lisa Wagner
                      By: Lisa Wagner, Case Manager
                          to Judge Robert H. Cleland