# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DOUGLAS D. LITTLE,

    Plaintiff,

v.                                 Case No. 12-13834

UNITED OF OMAHA LIFE INSURANCE
COMPANY,

    Defendant.

                                        /

## JUDGMENT

In accordance with the court's "Opinion and Order Denying Plaintiff's Motion for Judgment and Granting Defendant's Motion for Judgment" dated August 30, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant United of Omaha Life Insurance Company. Dated at Detroit, Michigan, this 30th day of August 2013.

                                               DAVID J. WEAVER
                                               CLERK OF THE COURT

                                               <u>s/ Lisa Wagner</u>
                                         By: Lisa Wagner, Case Manager
                                           to Judge Robert H. Cleland